UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-649 (JDB) |
| | ) | |
| Michael Dickinson,   *defendant*. | ) | |

NOTICE OF EXHIBIT

THE COURT WILL PLEASE NOTE filing of the attached Exhibit (8 pages, not including face sheet), consisting of five (5) letters, prepared in allocution for the defendant at sentencing, by David Bohannon; Matthew Black; Elizabeth M. Gehlot; Joanne Aungst, and Joanne Houck, to supplement defendant's sentencing memorandum (ECF Doc. 38).

This notice is,

            Respectfully submitted,

            *Nathan I. Silver*

            NATHAN I. SILVER, ESQ.
            D.C. Bar No. 944314
            6300 Orchid Drive, Bethesda, MD 20817
            (301) 229-0189/(301) 229-3625 (fax)
            Email: nisquire@aol.com

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of this Notice has been served upon Barry Kent Disney, Esq., United States Dept. of Justice (CRM), attorney of record for the United States, via ECF this 9th day of February, 2023.

            __*Nathan I. Silver*_____
            *Nathan I. Silver*